# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROBERT A. JEFFERSON, JR.,**

    Petitioner,

vs.                                          **CASE NO. 4:04CV416-MMP/AK**

**JAMES V. CROSBY, JR.,**

    Respondent.

_____/

## ORDER

This cause is before the Court on Petitioner's motion seeking to establish the timeliness of his petition for writ of habeas corpus. Doc. 3. The state has answered his petition and conceded that the petition is timely. Thus, Petitioner's motion is **MOOT**.

**SO ORDERED** this **12th** day of July, 2005.

                                          s/ A. KORNBLUM
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**